1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

| UNITED STATES OF AMERICA, | No. C 02-05009 WHA |
|---|---|

10    Plaintiff,

11    v.    **ORDER SCHEDULING HEARING ON MOTION TO SET ASIDE DEFAULT JUDGMENT**

12 JOSEPH M. PALOMBA,

13    Defendant.

14 _____/

15    The Court is in receipt of defendant Joseph M. Palomba's motion to set aside default

16 judgment. Pursuant to Civil Local Rule 7–2(a), this motion is scheduled for hearing on

17 **SEPTEMBER 29, 2005 AT 8:00 A.M.**, with opposition and reply briefs due as provided in Civil

18 Local Rule 7–3, unless the parties otherwise stipulate to an expedited briefing schedule. Please

19 report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue,

20 San Francisco, CA 94102. Meanwhile, Mr. Palomba must appear before the United States to be

21 deposed, as previously ordered.

22

23    **IT IS SO ORDERED.**

24

25 Dated: August 23, 2005



26    WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

27

28

_United States District Court_
_For the Northern District of California_